SAO
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN W. KIRK, ESQ.
Nevada Bar No. 4654
RANALLI & ZANIEL, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
Attorney for Defendant,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| HAYDEE MENDOZA, an individual, | |
| Plaintiff, | CASE NO.: 2:14-cv-01943-JAD-CWH |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | **ORDER** |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, HAYDEE MENDOZA, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each

1

of the parties to pay their own attorney fees and costs herein incurred.

No trial date has been set.

| April APR 2 0 2015 2015 | ~~April~~ June 1, 2015 |
|---|---|
| JOSHUA R. LUCHERINI, CHTD. | RANALLI & ZANIEL, LLC |
| *Joshua Lucherini* | *John Kirk* |
| JOSHUA R. LUCHERINI, ESQ.<br>Nevada Bar No. 11638<br>JOSHUA R. LUCHERINI, CHTD.<br>3175 South Eastern Avenue<br>Las Vegas, Nevada 89169<br>Attorney for Plaintiff | GEORGE M. RANALLI, ESQ.<br>Nevada Bar No.: 5748<br>JOHN W. KIRK, ESQ.<br>Nevada Bar No. 4654<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendants |

### ORDER

Based upon the parties' stipulation [14], IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

2